# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS MOURATIDIS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-4631** |
| | : | |
| **JAMES MATTHEW,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 16th day of February, 2023, upon consideration of Louis Mouratidis's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. All official capacity claims against all Defendants and the individual capacity claims against Defendants Captain James Matthew, and Detectives Velazquez, Gibson, Cangelosi, and Repici are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

4. Mouratidis's individual capacity claim against Detective William Murphy is **DISMISSED WITHOUT PREJUDICE** pending resolution of the state criminal proceedings in Mouratidis's favor, at which time Mouratidis may refile his claim against Detective Murphy.

5. The Clerk of Court is directed to CLOSE this case.

**BY THE COURT:**

**/s/ Harvey Bartle III**
**HARVEY BARTLE III, J.**